IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Petitioner,       No. 2:12-cv-0737 GGH P

    vs.

SWARTHOUT,

    Respondent.      ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case is before the undersigned pursuant to petitioner's consent.  Doc. 4.  On April 23, 2012, the petition was dismissed with leave to amend within 28 days, as the petition failed to set forth a cognizable claim.  However, that time limit has passed and petitioner has not filed an amended petition or otherwise communicated with the court.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed for the reasons set forth in the April 23, 2012, order and for failure to follow court instructions to file an amended petition.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 2, 2012

                                 /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH: AB - ches0737.fta